**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 113335
*Attorneys for Plaintiff*

**FILED**
**CLERK**
5/7/2018 10:30 am
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Richard Nogid, individually and on behalf of all those similarly situated,

     Plaintiff,

    -against-

Pinnacle Recovery, Inc.,

     Defendant.

Docket No: 2:18-cv-00549-JMA-AYS

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: May 1, 2018

Case closed.
SO ORDERED.
/s/ Joan M. Azrack, USDJ
5/7/2018

**BARSHAY SANDERS, PLLC**

By:  /s *Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113335
*Attorneys for Plaintiff*